# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2006

132160

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHERMAN BELL,
      Defendant-Appellant.

SC: 132160
COA: 272062
Wayne CC: 88-002260

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

      On order of the Court, the application for leave to appeal the August 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

Corbin R. Davis
Clerk

s1218